UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARY ANN MICHAELS,

Plaintiff,

v.

KING KOIL LICENSING COMPANY, ET AL.,

Defendants.

Civil No. 01-1399 DWF/AJB

NOTICE OF HEARING

---

You are hereby given notice that Plaintiff's Motion to Amend the Complaint will be held on November 20, 2001, at **2:00 p.m.**, in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge. The hearing was previously scheduled for 10:00 a.m. the same date.

Dated: 11/6/01

Arthur J. Boylan
United States Magistrate Judge

Filed NOV 07 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________