UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mary Ann Michaels,

Plaintiff,

vs.

King Koil Licensing Company, Inc., a Delaware corporation, Michael Kehnast and Ernest Friedman,

Defendants.

Civil No. 01-1399 (DWF/AJB)

**STIPULATION AND REQUEST FOR ORDER**

---

The parties, through their respective counsel, stipulate and jointly request that the Court enter an Order modifying the Court's Pretrial Scheduling Order, by moving back the respective dates as follows:

1. Discovery commenced in time to be completed by December 1, 2002.
2. Nondispositive motions, served and filed by the discovery deadline date, December 1, 2002.
3. Dispositive motion served and filed by the parties by February 1, 2003.
4. Case deemed ready for trial by May 1, 2003.

Dated: 08/21/02

RIDER BENNETT EGAN & ARUNDEL LLP

Sheila Engelmeier

Sheila Engelmeier (#175250)
Laura Tubbs Booth (#186910)
2000 Metropolitan Center
333 South Seventh Street
Minneapolis, MN 55402
(612) 340-7951

ATTORNEYS FOR PLAINTIFF

Dated: 8/21/02

JACKSON LEWIS LLP

David J. Duddleston

David J. Duddleston (#139804)
Paul Egtvedt (#282194)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANTS

AUG 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED

Based upon the foregoing Stipulation and Joint Request, pursuant to the telephonic conference call of August 21, 2002, the Court orders the Pretrial Scheduling Conference amended pursuant to the dates listed above.

Dated this 26th day of August, 2002.

By ______________________
Arthur J. Boylan
Unites States Magistrate Judge