THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Mary Ann Michaels,

Plaintiff,

vs.

King Koil Licensing Company, Inc., a Delaware corporation, Michael Kehnast and Ernest Friedman,

Defendants.

**ORDER**

Court File No. 01-1399 (DWF/AJB)

IT IS HEREBY ORDERED:

1. Mediation between the parties will commence on December 2, 2002, at 8:30 a.m. until 5:30 p.m. and continuing on December 3, 2002, beginning at 8:00 a.m. and continuing until 5:30 p.m. if necessary.

2. The individuals who have the authority to settle the matter, the plaintiff and a representative of the defendants shall attend mediation.

Dated: 11/13/02

BY THE COURT:

The Honorable Arthur J. Boylan
United States Magistrate Judge

NOV 1 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK