**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mary Ann Michaels,

Plaintiff,

King Koil Licensing Company, Inc., a Delaware corporation, Michael Kehnast and Ernest Friedman,

Defendants.

Civil No. 01-1399 (DWF/AJB)

**STIPULATION OF DISMISSAL AND ORDER**

---

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that this matter, including all claims and counterclaims, may be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this Stipulation.

Dated: 23 Dec 2002

RIDER BENNETT EGAN & ARUNDEL LLP

Sheila Engelmeier (#175250)
Laura Tubbs Booth (#186910)
2000 Metropolitan Center
333 South Seventh Street
Minneapolis, MN 55402
(612) 340-7951

ATTORNEYS FOR PLAINTIFF

Dated: Dec 24, 2002

JACKSON LEWIS LLP

Mary L. Senkbeil

David J. Duddleston (#139804)
Mary L. Senkbeil (#322489)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANTS

FILED DEC 30 2002
RICHARD ... CLERK
JUDG...
DE...
DEC 30 2002

**SO ORDERED.**

Dated: December 30, 2002

DONOVAN W. FRANK
Judge of United States District Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.